*State, Respondent, v. Cruz-Grijalva, Petitioner*, No. 91334-0. Petition for review of a decision of the Court of Appeals, No. 70419-2-I, January 20, 2015, 185 Wn. App. 1025. *Denied* July 9, 2015.

*State, Respondent, v. Calvin, Petitioner*, No. 89518-0. Petition for review of a decision of the Court of Appeals, No. 67627-0-I, May 28, 2013, 176 Wn. App. 1. *Granted on a specific issue* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Vansycle, Petitioner*, No. 89766-2. Petition for review of a decision of the Court of Appeals, No. 42786-9-II, December 10, 2013, 178 Wn. App. 1014. *Granted* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Cole, Petitioner*, No. 89977-1. Petition for review of a decision of the Court of Appeals, No. 43753-8-II, February 4, 2014, 179 Wn. App. 1022. *Granted* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Duncan, Petitioner*, No. 90188-1. Petition for review of a decision of the Court of Appeals, No. 29916-3-III, March 25, 2014, 180 Wn. App. 245. *Granted* August 5, 2015.

*State, Respondent, v. Joyner, Petitioner*, No. 90305-1. Petition for review of a decision of the Court of Appeals, No. 44441-1-II, April 22, 2014, 180 Wn. App. 1036. *Granted* and *remanded* to the superior court August 5, 2015.

*State, Respondent, v. Stoll, Petitioner*, No. 90592-4. Petition for review of a decision of the Court of Appeals, No. 44265-5-II, July 1, 2014, 182 Wn. App. 1010. *Granted on a specific issue* and *remanded* to the superior court August 5, 2015.